IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WELLS FARGO BANK, N.A.**,

**Plaintiff,**

v.

**CHRISTOPHER A. ASKINS, et al.,**

**Defendants.**            **No. 10-0863-DRH**

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion to dismiss defendants United States of America and Secretary of Housing and Urban Development pursuant to settlement and to remand to state court (Doc. 43). Specifically, plaintiffs move to dismiss the government defendants as counsel for "Plaintiff sent certified funds sufficient to extinguish the United States' lien in the amount of $6,319.04 pursuant to a payoff letter and instructions provided to Plaintiff by the United States Attorney's office." (Doc. 43, p.2). Further, plaintiff's contend that remand to the Madison County, Illinois Circuit Court is proper as no basis for the continued exercise of federal jurisdiction exists.[1] Based on the reasons stated in the motion, the Court **GRANTS** the motion. Pursuant to the settlement, the Court **DISMISSES** the United States of America and the Secretary of Housing and Urban Developments as

---

[1] The government defendants removed the case to this Court pursuant to 28 U.S.C. § § 1442(a), 1444, and 1441(c).

defendants.  Further, as this Court lack subject matter jurisdiction over the remaining claims, the Court **REMANDS** the case to the Madison County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 5th day of December, 2011.

David R. Herndon
2011.12.05
10:13:41 -06'00'

**Chief Judge**
**United States District Court**